

# Fourth Court of Appeals
## San Antonio, Texas

September 4, 2015

No. 04-15-00313-CR

The **STATE** of Texas,
Appellant

v.

James Burke **JARREAU** (Cross Appellant),
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5552
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Cross-appellant filed a notice of appeal, and thereafter, a cross-appellant's brief. In response, the State filed a motion to strike the cross-points raised in cross-appellant's brief. We **ORDER** cross-appellant to file a written response to the State's motion to strike, and further **ORDER** such response to be filed in this court on or before **September 14, 2015.**

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court